IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00055-MJW-CBS

WILLIAM BUTLER,

Plaintiff,

v.

DIRK KEMPTHORNE, Secretary United States Department of the Interior,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's tendered Amended Complaint (Docket No. 35) is stricken for failure to seek leave of court to file the pleading or to have written consent of the adverse party.  See Fed. R. Civ. P. 15(a).  It is thus further

**ORDERED** that the Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Amended Complaint (Docket No. 38) and Defendant's Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) (Docket No. 40) are denied as moot.

Date: May 16, 2007