IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00055-MJW-CBS

WILLIAM BUTLER,

Plaintiff,

v.

DIRK KEMPTHORNE, Secretary United States Department of the Interior,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion to Seek Leave of Court to File Amended Complaint (Docket No. 43) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(A).  In addition, the court notes that the plaintiff failed to provide any basis for the relief sought and did not state what amendments he was seeking to make.

Date: May 18, 2007