IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00055-MJW-CBS

WILLIAM BUTLER,

Plaintiff,

v.

DIRK KEMPTHORNE, Secretary United States Department of the Interior,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Motion for Entry of Protective Order (docket no. 54) is GRANTED for those reasons as stated within the body of this motion. The written Protective Order is APPROVED and made an Order of Court.

     It is FURTHER ORDERED that Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Dispositive Motion (docket no. 53) is DENIED for those reasons as stated in the Plaintiff's response (docket no. 55).

Date:  August 21, 2007