IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00055-MJW-CBS

WILLIAM C. BUTLER,

    Plaintiff,

v.

DIRK KEMPTHORNE, Secretary, United States Department of the Interior,

    Defendant.

## PROTECTIVE ORDER

*Pro se* plaintiff's discovery requests seek the defendant's production of information and records about non-party current and former employees of the United States Department of the Interior (DOI). Because the information and documents requested may require the disclosure of information encompassed by the Privacy Act of 1974, 5 U.S.C. § 552a, defendant objects to the disclosure of the requested information and records unless the disclosure is authorized pursuant to a Protective Order.

Thus, pursuant to 5 U.S.C. § 552a(b)(11), and Fed. R. Civ. P. 26(c), IT IS HEREBY ORDERED:

1. Defendant is authorized to release information and documents responsive to plaintiff's discovery requests to the defendant, including information and documents retrieved from systems of records indexed under the names or other identifying numbers

or symbols of non-party current and former employees of the DOI.

2. Plaintiff shall not further disclose the records, or the information contained therein, to anyone except persons employed or utilized by plaintiff, if any, to assist in this litigation. Plaintiff shall require all persons having access to any disclosed records to sign a document indicating that they have read and agree to be bound by the terms of this Protective Order, and that they shall not make further disclosure of the records or information contained therein.

3. Plaintiff and all other persons provided access to the records shall not use the records or the information contained therein, for any purpose other than this pending litigation. At the conclusion of this litigation, all copies of the records shall be returned to the attorney for the defendant.

4. Defendant shall mark all documents protected by this Order as "confidential," and all documents so marked shall be deemed to fall within the scope of this Order.

DATED: August 21, 2007

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

We ask for this Order this <u>30th</u> day of July, 2007.

                TROY A. EID
                UNITED STATES ATTORNEY

                <u>s/Marc A. Bonora</u>
                ***Marc A. Bonora***
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, CO  80202
                (303) 454-0100
                marc.bonora@usdoj.gov

                Attorneys for Defendant