IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00055-MJW-CBS

WILLIAM BUTLER,

Plaintiff,

v.

DIRK KEMPTHORNE, Secretary United States Department of the Interior,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion for Relief from Judgment and Order (Docket No. 64) is denied. "Relief under Rule 60(b) is discretionary and is warranted only in exceptional circumstances." Van Skiver v. United States, 952 F.2d 1241, 1243 (10th Cir. 1991). Here, plaintiff has not demonstrated any such exceptional circumstances warranting relief under Rule 60(b), nor does the court's review of the file and its order and judgment disclose any. Essentially plaintiff merely reiterates issues already raised and considered by this court.

Date: November 20, 2007